IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

Joann Michele Lawrence,                 )
                                        )
                                        )    Civil Action No. 6:14-2637-RMG-KFM
                    Plaintiff,          )
                                        )    **REPORT OF MAGISTRATE JUDGE**
        vs.                             )
                                        )
Commissioner of Social Security,        )
                                        )
                                        )
                    Defendant.          )
                                        )

        This is an appeal from a denial of Social Security benefits filed by a *pro se* litigant.  Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the undersigned United States Magistrate Judge.  In an order (doc. 8) filed in this case on June 30, 2014, the undersigned granted Plaintiff's Motion for Leave to Proceed *in forma pauperis* and directed Plaintiff, within twenty-one (21) days, to submit summonses, Forms USM-285, and Answers to Special Interrogatories.  The Special Interrogatories related to exhaustion of administrative remedies before the Social Security Administration.

        The Clerk of Court mailed a copy of the order of June 30, 2014, and the "proper form" documents to Plaintiff at the address listed in the Complaint (doc. 9).  The deadline for Plaintiff to comply with the order was July 25, 2014.  Plaintiff has not responded to the order of June 30, 2014.

        Accordingly, it is recommended that the District Court dismiss the above-captioned case *without prejudice* and without issuance and service of process because Plaintiff has not responded to the order of June 30, 2014.  *See In Re: Procedures*

*in Civil Actions Filed by Non-Prisoner Pro Se Litigants*, Misc. No. 3:07-MC-5015-JFA (D.S.C.

Sept. 18, 2007).  Plaintiff's attention is directed to the important Notice on the next page.

August 25, 2014                    s/Kevin F. McDonald
Greenville, South Carolina         United States Magistrate Judge

2

**Notice of Right to File Objections to Report and Recommendation**

The plaintiff is advised that she may file specific written objections to this Report and Recommendation with the District Judge. **Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections.** "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (*quoting* Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

**Robin L. Blume, Clerk of Court**
**United States District Court**
**300 East Washington Street — Room 239**
**Greenville, South Carolina 29601**

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).