IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, CHARLESTON, SC

2014 SEP 18  P 4: 12

| | |
|---|---|
| Joann Michele Lawrence, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 6:14-2637-RMG |
| vs. ) | |
| ) | |
| Commissioner of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This is an appeal from a denial of Social Security benefits filed by a *pro se* litigant. The matter was referred for pre-trial handling to the Magistrate Judge pursuant to Local Civil Rule 73.02(B)(2) (D.S.C.). The Magistrate Judge issued a Report and Recommendation on August 25, 2014 recommending that the Court dismiss this action without prejudice and without service of process. (Dkt. No. 15). The Magistrate Judge noted in his Report and Recommendation that Plaintiff was directed by order to submit certain documents and to respond to special interrogatories related to the exhaustion of remedies before the Social Security Administration. Plaintiff failed to respond to the Magistrate Judge's order. The Report and Recommendation recommending dismissal without prejudice then followed. Plaintiff was also given notice at that time of her right to file objections to the Report and Recommendation and the consequences of failing to file objections, including the provision of limited review by the District Court and waiver of the right to appeal. (Dkt. No. 15 at 3). Plaintiff filed no objections.

The Court has reviewed the Report and Recommendation of the Magistrate Judge and

finds no clear error on the face of the proposed order. Therefore, the Court adopts the Report and Recommendation of the Magistrate Judge (Dkt. No. 15) and dismisses this action without prejudice.

    AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
September 18, 2014